UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-5033 GW(JTLx) | Date | October 8, 2008 |
|---|---|---|---|
| Title | *Adam Eichhorn v. Michael D. Griffin* | | |

| Present: The Honorable | GEORGE H. WU, United States District Judge |
|---|---|

| Javier Gonzalez | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS): **ORDER TO SHOW CAUSE RE FEDERAL JURISDICTION**

    On July 31, 2008, *pro se* plaintiff Adam Eichhorn Jr. ("Plaintiff") filed suit against Michael D. Griffin, the "Adminastrator [*sic*] NASA" with a Complaint captioned "Complaint for Fraud Extortion & Embezzelment [*sic*] Failure to Employ During Inerum [*sic*] & Comcurrent [*sic*] Periods."

    As the party asserting federal jurisdiction, Plaintiff bears the burden of demonstrating jurisdictional facts. Plaintiff's Complaint contains no jurisdictional allegations. As best the Court can discern from the papers attached to Plaintiff's Complaint, it appears that Plaintiff alleges that he applied for jobs with NASA one or more times and was never hired. That is not a basis for federal jurisdiction.

    The Court thereby sets an Order to Show Cause for November 6, 2008. If Plaintiff has not filed an amended Complaint by that date attempting to set forth a basis for federal jurisdiction or does not appear in Court at 8:30 a.m on that day to explain the basis for federal jurisdiction over his lawsuit, the Court will dismiss the Complaint without prejudice.

    The Court further orders the Court Clerk promptly to serve this order on all parties who have appeared in the action.

Deputy Clerk    JG